No. 74–5425. RUDERER *v.* WOOD ET AL. Appeal from D. C. S. D. Ill. dismissed for want of jurisdiction.

No. 74–5571. RAY ET AL. *v.* HEDGEWALD ET AL. Appeal from D. C. W. D. Ky. dismissed for want of jurisdiction.

No. 74–5567. ALERS *v.* MUNICIPALITY OF SAN JUAN. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5577. HURD *v.* HURD. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5583. TURNER *v.* CALIFORNIA. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–83. PELLICCIONI *v.* SCHUYLER PACKING Co. ET AL. Super. Ct. N. J. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kelley* v. *Southern Pacific Co., ante,* p. 318.

No. 74–5352. ACKERSON *v.* UNITED STATES. C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his brief for the United States filed December 19, 1974, judgment vacated and case remanded to the United States District Court for the Eastern District of Missouri to permit the Government to dismiss the charges against petitioner. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.